FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
8/12/2022 2:49 PM
JAMIE SMITH
DISTRICT CLERK
B-210187

CAUSE NO. _____-_____

| | | |
|---|---|---|
| SHALANDA FORD | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| | § | |
| Defendants. | § | ___th JUDICIAL DISTRICT |
| | § | |
| | § | |

---

## PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Plaintiff, SHALANDA FORD (hereinafter "Plaintiff"), and in the above entitled and numbered cause of action, and files this Original Petition against WELLS FARGO BANK, N.A. (hereinafter "Defendant" and/or "Wells Fargo") and for cause of action would respectfully show unto the Honorable Court the following, to-wit:



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith* Page 1 of 13

## I.

## PARTIES

Plaintiff, Shalanda Ford is an adult resident citizen of Harris County, Texas.

Defendant, WELLS FARGO BANK, N.A. ("Defendant") is a Delaware banking subsidiary of Wells Fargo & Company and is a Foreign Corporate Fiduciary with a principal place of business in in Texas, that does business in the State of Texas, and which can receive service of process by and through its agent for service of process in Texas, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218. Defendant has more than 501 employees and is an "employer" within the meaning of the Texas Labor Code Sections 21.051 et. seq., and all applicable laws.

## II.

## JURISDICTION and VENUE

Jurisdiction is proper in this Court because the amount in controversy is within the jurisdictional limits of the Court. Per Rule 47, the amount sought by Plaintiff is more than $1,000,000.00 including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorneys' fees. Further, Plaintiff brings suit pursuant to Chapter 21 of the Texas Labor Code and equitable principles.

Venue of this lawsuit is proper in Beaumont, Jefferson County, Texas



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith  Page 2 of 13

pursuant to TEX. CIV. PRAC. & REM. CODE §15.002(a)(1) because it is the county in which the underlying incident made the basis of this suit occurred. Plaintiff was employed by Defendant in Beaumont, Jefferson County, Texas, and all acts complained of occurred in or reached into Beaumont, Jefferson County, Texas.

All conditions precedent to jurisdiction have occurred or have been met.

A charge of employment discrimination on the basis of race, color, and retaliation was filed on or about January 28, 2021, with the Equal Employment Opportunity Commission (the "EEOC") and the Texas Workforce Commission within 180 and 300 days of the commission of the unlawful employment practices alleged in this Complaint.

The EEOC notification of right to sue was mailed on July 27, 2022.

This Complaint has been filed within both 60 and 90 days of the receipt of the EEOC's notification of right to sue.

The Plaintiff, having exhausted all administrative remedies, now files her lawsuit against Defendant for discrimination based upon race, color, and retaliation.

Plaintiff believes that there may be an arbitration agreement in place with Defendant, but Defendant refused to provide the Agreement and/or confirm that it



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
December 21, 2022
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith Page 3 of 13

exists, prior to litigation.  If an arbitration agreement exists, Plaintiff intends to compel arbitration and reserves her right to do so.

## III.

## <u>GENERAL FACTS</u>

Plaintiff, a Black, African American female, was employed by Defendant in Beaumont, Texas.

Beginning as a teller on October 26, 2009, Plaintiff was then promoted by Defendant to Banker on August 16, 2010.  On October 14, 2013, she was promoted to Service Manager 2. On March 17, 2014, Plaintiff was promoted by Defendant to Branch Manager.

In January of 2020, Plaintiff became the Branch Manager at the Dowlen Road Wells Fargo in Beaumont. However, from February 2020 until June 2020, she was placed on a Covid-related and disability-related furlough.  Plaintiff was to return in person in June of 2020.

During April of 2020, Plaintiff was advised by an employee at the branch that another employee, Krystal Pitre, had used the "N" word to describe a Black African American person on more than one occasion.  However, because Plaintiff was on leave, and due to Defendant's protocol, Plaintiff advised the reporting employee to report this information to Defendant's Human Resources Department.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 4 of 13

Upon her return in person to the branch, Plaintiff followed up with the Human Resources Department on the progress of the complaint. Plaintiff was told that no complaint had been made and that as a result "it was as if it did not happen."

Because she was concerned about the lack of a complaint about the racial comment and also hurt by the comments made by a team member at a predominately white staffed branch, Plaintiff contacted Defendant's Employee Assistance Program ("EAP").

EAP turned the matter over to the Human Resources Department which began an investigation. Plaintiff was never told the results, if any, of the investigation.

In June of 2020, Ms. Pitre, who had previously made the racial slurs, made a complaint about Plaintiff regarding a banking transaction of a customer. The complaint had no basis and despite Ms. Pitre's accusations of fraud, a subsequent investigation instigated in a retaliatory manner by Ms. Pitre found no fraud.

However, Plaintiff was interviewed three (3) times and the investigation questions related predominately to race and color.

Defendant investigated Plaintiff because she had initiated an investigation into Ms. Pitre's racially based comments. Plaintiff had never received any



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith  Page 5 of 13

discipline from Defendant in the approximately eleven (11) years she had worked for Defendant. Defendant investigated Plaintiff as both discrimination and retaliation.

In late December 2020 Plaintiff took Family and Medical Act (FMLA) leave due to the stress of the discrimination and retaliation. Plaintiff who followed Defendant's protocols and procedures regarding the above events was terminated from her employment effective March 6, 2021.

Plaintiff has been harassed and discriminated and retaliated against.

## IV.

## FIRST CAUSE OF ACTION

### Discrimination in Employment
### Race and Color

Plaintiff adopts by reference and realleges each and every allegation of all paragraphs of all counts of this Original Petition, the same as though specifically set out herein again.

At all pertinent times, Plaintiff was an African American (Black), a member of a protected group.

This suit is brought seeking legal and equitable remedies.

Defendant at all times relevant hereto had actual and constructive knowledge



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith  Page 6 of 13

of the conduct described herein and it was a motivating factor for the actions taken.

Furthermore, Defendant is liable for the conduct of its employees, officers, agents, representatives, and superiors due to the doctrine of *respondeat superior.*

Defendant failed to comply with the duty to take all reasonable and necessary steps to eliminate discrimination from the workplace and to prevent it from occurring in the future.

Not only did Defendant not take remedial action sufficient to stop this discrimination, but by and through its employees, officers, and supervisors, aided and abetted this discrimination by inciting and encouraging additional discrimination as well as retaliation against their victim.

Plaintiff alleges that, in addition to the practices enumerated above, Defendant has engaged in other discriminatory practices against her which are not yet fully known. At such time as said discriminatory practices become known to her, she will amend this pleading, and reserves her right to do so.

As a direct and proximate result of Defendant's willful, knowing, and intentional discrimination against her in violation of Chapter 21 of the Texas Labor Code, Plaintiff has suffered mental anguish and emotional distress; and has suffered and will continue to suffer a loss of earnings and other employment benefits and job opportunities and is thereby entitled to general and compensatory



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 7 of 13

damages.

Plaintiff pleads the application of the "cat's paw" doctrine, as that term is known in law.

Plaintiff alleges that the outrageous conduct of Defendant described herein was done with fraud, oppression, and malice; with a conscious disregard for her rights; and with the intent, design, and purpose of injuring her. Through its officers, agents, representatives and/or its supervisors, Defendant authorized, condoned and/or ratified this unlawful conduct. By reason thereof, Plaintiff is entitled to punitive and/or other exemplary damages.

## V.

## SECOND CAUSE OF ACTION

### Discrimination in Employment
### Retaliation

Plaintiff adopts by reference and realleges each and every allegation of all paragraphs of all counts of this Complaint the same as though specifically set out herein again.

At all pertinent times, Plaintiff was an African American (Black), a member of a protected group.

This suit is brought seeking legal and equitable remedies.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith  Page 8 of 13

Defendant at all times relevant hereto had actual and constructive knowledge of the conduct described herein and it was a motivating factor for the actions taken.

Furthermore, Defendant is liable for the conduct of its employees, officers, agents, representatives, and superiors due to the doctrine of *respondeat superior.*

Defendant failed to comply with the duty to take all reasonable and necessary steps to eliminate discrimination from the workplace and to prevent it from occurring in the future.

Not only did Defendant not take remedial action sufficient to stop this discrimination, but by and through its employees, officers, and supervisors, aided and abetted this discrimination by inciting and encouraging additional discrimination as well as retaliation against their victim.

Plaintiff alleges that, in addition to the practices enumerated above, Defendant has engaged in other discriminatory practices against her which are not yet fully known.  At such time as said discriminatory practices become known to her, she will amend this pleading, and reserves her right to do so.

As a direct and proximate result of Defendant's willful, knowing, and intentional discrimination against her in violation of Chapter 21 of the Texas Labor Code, Plaintiff has suffered mental anguish and emotional distress; and has suffered and will continue to suffer a loss of earnings and other employment



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith* Page 9 of 13

benefits and job opportunities and is thereby entitled to general and compensatory damages.

Plaintiff pleads the application of the "cat's paw" doctrine, as that term is known in law.

Plaintiff alleges that the outrageous conduct of Defendant described herein was done with fraud, oppression, and malice; with a conscious disregard for her rights; and with the intent, design, and purpose of injuring her. Through its officers, agents, representatives and/or its supervisors, Defendant authorized, condoned and/or ratified this unlawful conduct. By reason thereof, Plaintiff is entitled to punitive and/or other exemplary damages.

## VI.

## DAMAGES

As a direct and proximate result of Defendant's violations of law, as previously described, Plaintiff suffered and continues to suffer a loss of earnings and other employment benefits and job opportunities.

As a further direct and proximate result of Defendant's violations of law, as previously described, Plaintiff has been compelled to retain the services of counsel in an effort to protect her rights, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 10 of 13

unknown to Plaintiff.  Plaintiff requests that attorneys' fees, costs, and expenses

(including but not limited to expert witness fees) be awarded pursuant to all

applicable laws.

**VII.**

**<u>JURY DEMAND</u>**

Pursuant to Texas Rules of Civil Procedure 216, Plaintiff hereby

requests a trial by jury and tenders the requisite fee.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that

Defendant be cited to appear and answer herein, and that upon final hearing hereof,

Plaintiff recover the following:

a.   Judgment against Defendant for actual damages in an amount in excess of the minimum jurisdictional limits of the Court;

b.   Prejudgment interest, at the legal rate on damages that have been accrued by the time of judgment;

c.   Interest after judgment at the legal rate per annum until paid;

d.   Cost of suit;

e.   Attorney's fees in a reasonable amount, together with conditional awards in the event of an appeal by Defendant;

f.   All equitable relief allowed under law, including injunctive relief ordering Defendant to carry out policies, practices and programs which provide equal employment opportunities for African American, Black, persons should that be sought; and



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 11 of 13

g.    Such other relief, both general and special, legal, and equitable, to which Plaintiff may show herself justly entitled.

Respectfully submitted,

Charles H. Peckham
FBN: 15770
TBN: 15704900
cpeckham@pmlaw-us.com

Mary A. Martin
FBN: 12272
TBN: 00797280
mmartin@pmlaw-us.com

PECKHAM MARTIN, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
(713) 574-9044

**COUNSEL FOR PLAINTIFF**



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith    Page 12 of 13

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charles  Peckham  on behalf of Charles  Peckham
Bar No. 15704900
cpeckham@pmlaw-us.com
Envelope ID: 67239371
Status as of 8/15/2022 7:14 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Charles HPeckham | | cpeckham@pmlaw-us.com | 8/12/2022 2:49:01 PM | SENT |
| Martha Cancino | | asst@pmlaw-us.com | 8/12/2022 2:49:01 PM | SENT |
| Mary A.Martin | | mmartin@pmlaw-us.com | 8/12/2022 2:49:01 PM | SENT |
| Veronica Melendez | | asst2@pmlaw-us.com | 8/12/2022 2:49:01 PM | SENT |



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

December 21, 2022

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 13 of 13