IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHALANDA FORD | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00004 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| WELLS FARGO BANK, N.A. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss. [Dkt. 22]. The Parties advise the Court that they have resolved their dispute and have agreed to dismiss with prejudice each and every claim in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 23rd day of January, 2024.**

Michael J. Truncale
United States District Judge